BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>JOSE JAIME DIAZ, ET AL.,<br><br>                    Defendants. | CASE NO.  2:13-CR-00412 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

1.      By previous order, this matter was set for status on February 13, 2014.

2.      By this stipulation, defendants now move to continue the status conference until March 6, 2014, at 9:30 a.m., and to exclude time between February 13, 2014, and March 6, 2014, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 700 pages of documents and photographs, including investigative reports.  All of this discovery has been produced directly to counsel.

        b)      Counsel for defendants desire additional time consult with their clients, conduct investigation and research, review discovery, and to discussion potential resolutions with their clients

        c)      Counsel for defendants believe that failure to grant the above-requested

1

1 continuance would deny counsel the reasonable time necessary for effective preparation, taking into

2 account the exercise of due diligence.

3          d)     The United States does not object to the continuance.

4          e)     Based on the above-stated findings, the ends of justice served by continuing the

5 case as requested outweigh the interest of the public and the defendant in a trial within the original date

6 prescribed by the Speedy Trial Act.

7          f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

8 et seq., within which trial must commence, the time period of February 13, 2014 to March 6, 2014,

9 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it

10 results from a continuance granted by the Court at defendants' request on the basis of the Court's

11 finding that the ends of justice served by taking such action outweigh the best interest of the public and

12 the defendant in a speedy trial.

13     4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

14 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

15 must commence.

16     IT IS SO STIPULATED.

17

18 Dated:  February 6, 2014                 BENJAMIN B. WAGNER
                                     United States Attorney

19                                   */s/ Todd A. Pickles*

20                                    TODD A. PICKLES
                                   Assistant United States Attorney

21

22 Dated:  February 6, 2014                 */s/ Todd A. Pickles for*

23                                    DANNY BRACE
                                   Counsel for Defendant

24                                    Emilio Marquez Barba

25 Dated:  February 6, 2014                 */s/ Todd A. Pickles for*

26                                    KATHERINE E. LATHROP
                                   Counsel for Defendant

27                                    Mario Lopez-Ayala

28

Dated:  February 6, 2014                    /s/ Todd A. Pickles for
                                            DUSTIN JOHNSON
                                            Counsel for Defendant
                                            Gabriel Vargas-Guerrero


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 7th day of February, 2014.


Troy L. Nunley
United States District Judge