1  PHILLIP A. TALBERT
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00412 TLN |
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTECING HEARING; ORDER |
| v. | |
| EMILIO BARBA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Emilio Barba, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a judgment and sentencing hearing on October 19, 2017.

2.  By this stipulation, the parties jointly move the Court to continue the judgment and sentencing hearing to November 2, 2017.

3.  Because the defendant stands convicted by way of his change of plea, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., do not apply to this stipulation and the continuance of the date for judgment and sentencing.

IT IS SO STIPULATED.

DATED: October 10, 2017            PHILLIP A. TALBERT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: October 10, 2017            */s/ Todd A. Pickles for*
DANNY BRACE, ESQ.

For defendant EMILIO BARBA

# O R D E R

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing hearing in this matter be continued to November 2, 2017 at 9:30 a.m. The dates for submission of all informal and formal objections and sentencing memoranda shall be reset based on the new hearing date.

IT IS SO ORDERED this 10th day of October, 2017.

HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE